IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

---------------------------------------------------------------X
SGIA RESIDENTIAL BRIDGE LOAN :
VENTURE V LP, and BRIDGE LOAN VENTURE : Case No.: 1:20-cv-397
V TRUST 2017-1, :
: (Judge Douglas R. Cole)
:
Plaintiffs, :
:
- against - : **STIPULATION OF VOLUNTARY**
: **DISMISSAL WITH PREJUDICE**
BUILD REALTY, INC. d/b/a GREENLEAF :
FUNDING, GREENLEAF SUPPORT SERVICES :
LLC, QUEEN CITY FUNDING LLC, and :
GARY BAILEY, :
:
Defendants. :
---------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal with prejudice of this action.

Dated: March 17, 2022

Respectfully Submitted,

| FARUKI PLL | STRAUSS TROY CO., LPA |
|---|---|
| By: /s/ *Jeffrey T. Cox* | By: /s/ *Alex S. Rodger* |
| Jeffrey T. Cox (0055420) | Alex S. Rodger (0089525) |
| Trial Attorney | Trial Attorney |
| Stephen A. Weigand (0083573) | 150 E. Fourth St., 4th Flr. |
| 201 East Fifth Street, Suite 1420 | Cincinnati, OH 45202-4108 |
| Cincinnati, OH 45202 | 513-629-9445 |
| Telephone: (513) 632-0300 | asrodger@strausstroy.com |
| jcox@ficlaw.com | |
| sweigand@ficlaw.com | *Attorneys for Defendants* |
| -and- | *Build Realty, Inc. d/b/a Greenleaf Funding,* |
| Patrick L. Robson* | *Greenleaf Support Services, LLC, Queen City* |
| Joseph J. Saltarelli* | *Funding LLC, and Gary Bailey* |
| Jennifer L. Bloom* | |

1

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 309-1000<br>probson@hunton.com<br>jsaltarelli@hunton.com<br>jbloom@hunton.com<br><br>*Attorneys for Plaintiffs SGIA Residential Bridge Loan Venture V LP and Bridge Loan Venture V Trust 2017-1*<br> **Admitted Pro Hac* | |

2

## CERTIFICATE OF SERVICE

I certify that on the 18th day of March, 2022, I electronically filed the foregoing Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

/s/ Jeffrey T. Cox
Jeffrey T. Cox